**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CRYSTAL BOWMAN,

          Plaintiff,

    v.

JOSEPHINA FRANK, et al.,

          Defendants.

Case No. 5:25-cv-06372-BLF

**JUDGMENT**

Plaintiff's petition having been dismissed for lack of subject matter jurisdiction, It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants Edward Bowie, Derek Bowman, Josephina Frank, Wendell Freeman, Dakota McGinnis, John McGinnis, Aileen Meyer, The Bear River Band of Rohnerville Rancheria Tribal Council, and Maggie Wortman and against Plaintiff Crystal Bowman.

Dated:    May 19, 2026

_____
BETH LABSON FREEMAN
United States District Judge